# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00006-RJC-DSC

| | |
|---|---|
| **PROGRESSIVE AMERICAN INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **SAVERIO DE PINTO *et al.*,** | ) ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court on "Progressive's Motion to Compel" (document # 27) and the parties' associated briefs and exhibits (documents ## 28–29). This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and is now ripe for consideration.

Plaintiff seeks an order compelling the deposition of Defendant Saverio De Pinto. On May 15, 2021, the Court entered an Order granting limited jurisdictional discovery related to the ownership of the 2019 Chevrolet Camaro operated by him at the time of the collision. See document # 26. Plaintiff has made a sufficient showing that Saverio De Pinto possesses discoverable information related to the issue of personal jurisdiction. Accordingly, the Motion to Compel will be granted.

**IT IS HEREBY ORDERED** that:

1. "Progressive's Motion to Compel" (document # 27) is **GRANTED**. Within thirty days of this Order, Defendant Saverio De Pinto shall appear for a deposition at a date and time convenient to the parties.

2. The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 23, 2021

David S. Cayer
United States Magistrate Judge