IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:21-cv-6

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>         **Plaintiff,**<br><br>v.<br><br>SAVERIO DE PINTO, VITO DE PINTO, MANUEL CASTANEDA, JASON CARTOMO, AND MELVIN OVED BANEGAS-AMAYA,<br><br>         **Defendants.** | **NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** |

  The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Stipulation of Dismissal. The parties intend to file the Dismissal as soon as practicable, but respectfully request the parties are given 30 days to file the said Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines.

  Plaintiff is filing this Notice with Defendants' approval and permission.

  This the 25th day of January, 2024.

                /s/ **Allen C. Smith**
                **ALLEN C. SMITH**
                **NC State Bar No. 19286**
                **P: 704-319-5449/F: 704-602-8164**
                acsmith@hedrickgardner.com
                **Hedrick Gardner Kincheloe**
                 **& Garofalo, LLP**
                **4201 Congress Street, Suite 300**
                **Charlotte, NC 28209**
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Settlement In Principle and Motion to Vacate All Deadlines* was served with the Clerk of court using the CM/ECF system, which will send a notification to the following:

> John I. Silverfield
> Holmes Fraser
> 711 5th Avenue South, Suite 200
> Naples, FL 34102
> jsilverfiled@holmesfraser.com
> *Attorney for Saverio De Pinto and Vito De Pinto*
>
> Douglas A. Petho
> Price, Petho & Associates
> 1430 Elizabeth Avenue
> dpetho@priceattorneys.com
> *Attorney for Defenadants Jason Cartomo, Melvin Oved Banegas-Amaya*
>
> *Brian E. Thompson*
> Thompson Law Firm
> 301 N. Main Street, Suite 2449
> Winston-Salem, NC 27101
> Brian@ThompsonPersonalInjury.com
> *Attorney for Defendant Manuel Castaneda*

THIS THE 25TH DAY OF JANUARY, 2024.

> /s/Allen C. Smith
> ALLEN C. SMITH
> NC STATE BAR NO. 19286
> 4201 CONGRESS ST, SUITE 300
> CHARLOTTE, NC 28209
> P:704-319-5449/F: 704-602-8164
> acsmith@hedrickgardner.com
> *Attorney for Plaintiff*

00641C.00014